# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 17, 2006

130139

THE CINCINNATI INSURANCE
COMPANY,
     Plaintiff-Appellee,

v

JOSEPH J. BOTT,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130139
COA: 254333
Ottawa CC: 03-048040-CK

On order of the Court, the application for leave to appeal the November 10, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 17, 2006                _____

l0510                                   Clerk